JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHAWN SOBBI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART INC., a Delaware Corporation and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO.: 2:19−cv−04555 MWF (ASx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 5A<br>District Judge: Michael W. Fitzgerald<br>Magistrate Judge: Alka Sagar<br>Complaint Filed: May 10, 2019 |

Having properly read and considered the Parties' Joint Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED, that the Joint Stipulation of Dismissal with Prejudice is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 11, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE